# United States Court of Appeals
## For the First Circuit

———————

No. 05-2898

UNITED STATES OF AMERICA,

Appellee,

v.

MARK ROLFSEMA,

Defendant, Appellant.

———————

ERRATA SHEET

The opinion of this Court issued on November 17, 2006, is amended as follows:

On page 4, line 22, "2G2.4(b)(4)" should be replaced with "2G2.4(b)(2)"

On page 5, lines 9-10, "2G2.4(5)(D)" should be replaced with "2G2.4(b)(5)(D)"

On page 5, line 11, "2G2.4(b)(2)" should be replaced with "2G2.4(b)(5)(D)"

On page 12, lines 9-10, "2G2.4(b)(5)(d)" should be replaced with "2G2.4(b)(5)(D)"